# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON P. WILSON,<br><br>    Petitioner,<br><br>   vs.<br><br>KEVIN CHAPPELL, Warden,<br><br>California State Prison at San Quentin,<br><br>    Respondent | Case No.: CV 12-5427 SJO<br><br>JUDGMENT |

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREEED that pursuant to the Order Denying and Dismissing Petitioner for Writ of Habeas Corpus dated July 31, 2012, the PETITION FOR WRIT OF HABEAS CORPUS is DENIED and DISMISSED without prejudice to Petitioner bring these claims after the complete exhaustion of his state court remedies pursuant to 28 U.S.C. § 2254.

    **IT IS SO ORDERED**.

Dated: February 1, 2013

*S. James Otero*

_____

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE